PHILIP A. GEDDES
CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602
(256) 350-0442

IN THE MATTER OF:  CASE NO. 05-80019-JAC-13
CLARENCE V JONES  CHAPTER 13
SSN XXX-XX-6626

## REQUEST TO RESCIND DEDUCTION

ASPLUNDH TREE EXPRT CO
PAYROLL DEPT
708 BLAIR MILL RD
WILLOWGROVE, PA 19090

It appearing to the Trustee that:

(√) 1. The debtor has fully complied with the proposed plan under Chapter 13 of the Bankruptcy Code.

( ) 2. The debtor is no longer employed with _____.

( ) 3. The above referenced case has converted to Chapter 7.

( ) 4. The above referenced case was voluntarily dismissed.

( ) 5. Other:

It is requested that the deduction is hereby rescinded.

This the 8th day of April, 2010.

/s/ Philip A. Geddes
Philip A. Geddes, Trustee

cc: Debtor
Debtor's Attorney